

# Fourth Court of Appeals
## San Antonio, Texas

November 28, 2018

No. 04-18-00636-CV

Margaret Ann **STRICKHAUSEN**,
Appellant

v.

**PETROHAWK OPERATING COMPANY N/K/A BHP BILLITON PETROLEUM (TXLA) OPERATING COMPANY**; Petrohawk Properties, LP n/k/a BHP Billiton Petroleum Properties (N.A.),L.P.; Segundo Navarro Drilling, Ltd.; First Rock I, LLC; EF Non-Op, LLC; and CEU Hawkville, LLC nka South Texas Shale, LLC,
Appellees

From the 218th Judicial District Court, La Salle County, Texas
Trial Court No. 14-08-00130-CVL
Honorable Russell Wilson, Judge Presiding

## O R D E R

The Appellant's Motion for Extension of Time to File Appellant's Brief is hereby GRANTED. Time is extended to December 11, 2018.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 28th day of November, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court